IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CHRISTOPHER T. MARKS § | |
| § | |
| v. § | |
| § | Case No. 2:13-CV-0142-JRG-RSP |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION § | |

**ORDER**

Currently before the Court is the Report and Recommendation filed by the Magistrate Judge on February 17, 2015 (Dkt. No. 26) recommending reversal and remand of the decision rendered on November 4, 2011 by the Administrative Law Judge finding that Petitioner Christopher Marks was not disabled within the meaning of the Social Security Act between December 1, 2008 and the date of his decision ("The Decision"). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is **ADOPTED**. Accordingly,

IT IS ORDERED that The Decision is **REVERSED AND REMANDED** to the Commissioner to conduct further proceedings consistent with the findings set forth in the Report and Recommendation and this Order.

**So ORDERED and SIGNED this 30th day of March, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE